# United States Court of Appeals
## For the First Circuit

No. 08-1679

EASTERN SEABOARD CONSTRUCTION CO., INC.

Plaintiff, Appellee,

v.

GRAY CONSTRUCTION, INC., TRAVELERS CASUALTY AND INSURANCE COMPANY
OF AMERICA,

Defendant, Appellant.

**ERRATA**

The opinion of this Court issued on December 31, 2008, is amended as follows:

On page 4, line 1, change "$66,613.81" to "$66,613.89".